Opinion issued September 21, 2023



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-23-00388-CR

_____

**JAMES CARABALLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case No. 1649354**

---

## MEMORANDUM OPINION

Appellant, James Caraballo, appealed the trial court's May 17, 2023 final judgment. On September 5, 2023, appellant's counsel filed a motion to dismiss the appeal, stating that appellant had provided "explicit, written permission to dismiss []his appeal," and requesting that "this Court dismiss the appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.
Do not publish. TEX. R. APP. P. 47.2(b).